**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Shamrock Management, LLC

Appellate case number:    01-13-00352-CV

Trial court case number:  59024-A

Trial court:             County Court at Law No. 1, Galveston County

Relator has filed a petition for writ of mandamus and a motion seeking a stay of trial proceedings. This court **orders** a stay of the underlying proceeding effective immediately. This court requests a response to relator's "Emergency Motion for Stay of Trial Proceedings." Rule 9.2(b) of the Texas Rules of Appellate Procedure, the "mailbox rule," is suspended for the filing of the response. The response must be received in the clerk's office or filed in accordance with this court's rules on efiling no later than **Thursday, May 2, 2013, at 5 p.m.** *See* Tex. R. App. P. 2, 9.2(b).

It is so ORDERED.

Judge's signature: /s/ Justice Rebeca Huddle
                   ☑ Acting individually    ☐ Acting for the Court

Date: April 29, 2013